# Raoul Zaltzberg, Esq.

| Zaltzberg Law | *Attorney at Law* | O: (212) 609-1344 |
| 5 Penn Plaza, 23rd Floor | | F: (212) 609-1345 |
| New York, New York 10001 | Raoul@ZaltzbergLaw.com | P: (917) 244-4322 |

November 15, 2022

**VIA ELECTRONIC MAIL**

Hon. Loretta A. Preska
United States District Court Judge
US Federal Courthouse
500 Pearl St.
New York, NY 10007

                Re:  *United States v. John (Lateef Goloba)*
                    21 CR 609 (LAP)

Dear Hon. Judge Preska,

     I represent Lateef Goloba in the above-captioned proceeding. I am writing to request that his sentencing date, currently scheduled for 12/13/22, be adjourned. I make this request because his wife is due to give birth next week and he would like to spend the Holidays with his family. The Government consents to this one-time adjournment request. I would request a late January or early February date. Thank you.

                                              Sincerely,
                                         /s/
                                     Raoul Zaltzberg, Esq.

C.c. AUSA Matthew Weinberg and Kaylan Lasky by electronic mail and ECF

*Sentencing is adjourned to February 9, 2023 at 9:00 pm*

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

11/16/22